NO. 07-11-00286-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 31, 2011

IN THE MATTER OF A.G.

FROM THE 99TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2009-763,359; HONORABLE BRAD UNDERWOOD, JUDGE

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

A.G., a juvenile, has filed a motion to withdraw his notice of appeal and dismiss the appeal. The motion is signed by A.G., his attorney, and A.G.'s mother. We grant the motion and dismiss the appeal. See TEX. R. APP. P. 42.1(a)(1).

Mackey K. Hancock
Justice